# Exhibit 12

# Exhibit 12

**LBKG 2013-11-01 nr 1253**

Årsregnskabsloven på engelsk

**SCHEDULE 1**

## DEFINITIONS

In this Act, the terms below have the following meanings:

**A. General provisions**

1. Equity investments:

Investments in the equity of public and private limited companies (shares) and in the equity of other enterprises.

2. Minority interests:

Equity investments in consolidated enterprises that are owned by persons other than the consolidated enterprises.

3. Monetary items:

Cash and cash equivalents as well as assets and liabilities including provisions that are settled by fixed or determinable amounts of money.

4. State-owned public limited companies:

Public limited companies falling within the scope of section 2a of the Public Companies Act (*aktieselskabsloven*) under which a public limited company is a state-owned public limited company if the Danish state is related to the company in the same manner as a parent to a subsidiary.

5. The enterprise's management:

The members of the competent management bodies in charge of the supreme management and the day-to-day management in accordance with the legislation, articles of association, agreements or customary practices applicable to the enterprise. In enterprises with a supervisory body or a supervisory board, the supervisory body or the supervisory board is subject to the provisions applicable to the supreme management body. Where the enterprise has no separate management body, the personally liable owners together are deemed to constitute the competent management body.

6. Owner:

A shareholder in a public or private limited company or other persons holding equity investments in an enterprise.

7. Contributed capital:

Capital contributed by the owners to the enterprise. In public and private limited companies, the contributed capital is the share capital.

**B. Groups etc.**

1. Group:

A parent and all its subsidiaries.

2. Parent:

An enterprise exerting a decisive influence on one or more subsidiaries.

No subsidiary may have more than one direct parent. Where more than one enterprise meets one or more of the criteria set out in item 4, only the enterprise exerting *de facto* decisive influence on the financial and operational decisions of the enterprise is deemed to be the parent.

3. Subsidiary:

An enterprise on which a parent exerts a decisive influence.

4. Decisive influence on a subsidiary:

Decisive influence means the power to control a subsidiary's financial and operational decisions.

Decisive influence on a subsidiary is exerted if, directly or indirectly through a subsidiary, the parent owns more than half of the voting rights in an enterprise, unless in special cases such ownership may be clearly demonstrated not to constitute a decisive influence.

Where a parent holds half or less than half of the voting rights in an enterprise, decisive influence is exerted if the parent has

(i)   the power to exercise more than half of the voting rights according to an agreement with other investors;

(ii)  the power to control the financial and operational decisions of an enterprise under the articles of association or an agreement;

(iii) the power to appoint or remove a majority of the members of the supreme management body, and such body exerts a decisive influence on the enterprise; or

(iv)  the power to exercise the *de facto* majority of votes at general meetings or at the meetings of an equivalent body, thus exerting *de facto* decisive influence on the enterprise.

The existence and effect of potential voting rights, including rights to subscribe for and purchase shares, which are currently exercisable or convertible must be taken into account in the assessment of whether an enterprise has the power to control the financial and operational decisions of another enterprise.

Any voting rights attaching to the equity investments held by the subsidiary itself or its subsidiaries must be disregarded in the calculation of voting rights in a subsidiary.

5. Associate:

An enterprise which is not a subsidiary, but exerts a significant influence on the financial and operational management of another enterprise and its subsidiaries. An enterprise is deemed to exert a significant influence if the enterprise and its subsidiaries jointly hold 20% or more of the voting rights.

6. Group enterprise:

An enterprise's subsidiary, its parent and the parent's subsidiary.

**C. Elements in the annual report**

1. Assets:

Resources controlled by an enterprise as a result of past events and from which future economic benefits are expected to flow to the enterprise.

2. Non-current assets:

Assets intended for permanent ownership or use by the enterprise.

3. Current assets:

Assets other than non-current assets.

4. Financial assets:

Assets in the form of:

(i)     cash and cash equivalents;

(ii)    a contractual right to receive cash and cash equivalents or other financial assets from a third party;

(iii)   a contractual right to exchange financial assets or liabilities with a third party on potentially favourable terms; or

(iv)    a right over the equity of another enterprise.

5. Liabilities:

The enterprise's existing liabilities resulting from past events whose settlement is expected to result in an outflow of economic benefits.

6. Financial liabilities:

Liabilities in the form of:

(i) a contractual obligation to deliver cash and cash equivalents or other financial assets to a third party; or

(ii) a contractual obligation to exchange financial assets or liabilities with a third party on potentially unfavourable terms.

7. Provisions:

Liabilities which are uncertain in terms of amount or timing and which concern the financial year or previous financial years.

8. Contingent assets:

Assets which exist at the balance sheet date as a result of past events and which may result in future economic benefits, but whose existence can only be confirmed by one or more uncertain future events beyond the enterprise's control.

9. Contingent liabilities:

(i) Liabilities which exist at the balance sheet date as a result of past events and which may result in an outflow of future economic benefits, but whose existence can only be confirmed by one or more uncertain future events beyond the enterprise's control; or

(ii) liabilities which exist at the balance sheet date as a result of past events, but whose settlement is unlikely to result in an outflow of future economic benefits; or

(iii) liabilities whose amounts cannot be measured with sufficient reliability.

10. Income:

Increases in economic benefits during the accounting period in the form of additions or increases in the value of assets or decreases in liabilities resulting in an increase in equity. Income does not include contributions from owners.

11. Revenue:

The selling price of products and services etc. sold in the course of the company's ordinary activities less price reductions, VAT and other taxes directly related to the sales price.

12. Expenses:

Decreases in economic benefits during the accounting period in the form of disposals or decreases in the value of assets or increases in liabilities resulting in a decrease in equity. Expenses do not include distributions to owners.

**D. Measurement bases etc.**

1. Amortised cost:

Amortised cost is the amount at which a financial asset or liability was measured on initial recognition

(i) less repayments;

(ii) plus or less total amortisation of any difference between the initial amount and the amount payable at maturity; and

(iii) less impairment losses.

2. Fair value:

The fair value is the amount for which an asset may be exchanged or a liability settled in transactions between parties on an arm's length basis.

3. Replacement cost:

The replacement cost of an asset is the price to be paid for a similar asset at the balance sheet date.

4. Recoverable amount:

The recoverable amount of an asset is the higher of the value in use of an asset and its selling price less expected selling costs.

5. Value in use:

The value in use of an asset is the discounted value (present value) of the future net receipts expected to be generated by the asset at the balance sheet date if the present use of the asset continues. The value in use of a liability is the discounted value (present value) of future net payments to be made during the life of the liability.

6. Cost:

The cost of an asset is the amount paid as consideration for the asset regardless of whether it has been acquired from a third party or produced internally. The cost of a liability is the amount received as consideration for the liability.

7. Net realisable value:

The net realisable value of an asset is the sum of the future cash flows which the asset is expected to generate at the balance sheet date in the ordinary course of business. The net realisable value of a liability is the sum of the future net payments to be made during the life of the liability.

8. Percentage of completion method:

The percentage of completion method is a method of revenue recognition whereby income and expenses are recognised in the income statement as work is completed. When the percentage of completion method is used, work in progress recorded in the balance sheet is measured at the calculated selling price of the completed part of the work.

The selling price of work in progress is the proportionate share of the contractual price or the calculated sales price earned on the share of total contract work at the balance sheet date.

9. Selling price:

The selling price of an asset is the price obtainable from the sale of the asset at the balance sheet date. The selling price of a liability is the price payable to settle the liability at the balance sheet date.

# LBKG 2011-04-11 nr 323
# Årsregnskabsloven

**Definitioner**

I denne lov skal nedenstående forstås som

**A. Generelt**

1. Kapitalandele:

Andele i aktieselskaber (aktier), i anpartsselskaber (anparter) samt i andre virksomheders egenkapital.

2. Minoritetsinteresser:

Kapitalandele i konsoliderede virksomheder, der ejes af andre end koncernvirksomhederne.

3. Monetære poster:

Likvider samt aktiver og forpligtelser, herunder hensatte forpligtelser, der afregnes i fastlagte eller bestemmelige beløb.

4. Statslige aktieselskaber:

Et aktieselskab, hvortil den danske stat har samme forbindelse til selskabet, som et moderselskab har til et datterselskab, jf. § 351, jf. §§ 6 og 7 i selskabsloven.

5. Virksomhedens ledelse:

Medlemmerne af de ansvarlige ledelsesorganer, som varetager henholdsvis den øverste ledelse og den daglige ledelse efter de love, vedtægter, aftaler eller sædvaner, der gælder for virksomheden. I virksomheder, som har et tilsynsorgan eller et tilsynsråd, er tilsynsorganet eller tilsynsrådet omfattet af de bestemmelser, som gælder for det øverste ledelsesorgan. Er der ikke et særskilt ledelsesorgan i virksomheden, anses de personligt ansvarlige ejere i fællesskab for at udgøre det ansvarlige ledelsesorgan.

6. Virksomhedsdeltager:

En aktionær, anpartshaver eller andre, der ejer kapitalandele i en virksomhed.

7. Virksomhedskapital:

Kapital, som virksomhedsdeltagerne har indskudt i virksomheden. I aktie- og anpartsselskaber består virksomhedskapitalen af aktiekapitalen henholdsvis anpartskapitalen.

**B. Koncerner**

1. Koncern:

En modervirksomhed og alle dens dattervirksomheder.

2. Modervirksomhed:

En virksomhed, som har en bestemmende indflydelse over en eller flere dattervirksomheder.

En dattervirksomhed kan kun have én direkte modervirksomhed. Hvis flere virksomheder opfylder et eller flere af kriterierne i nr. 4, er det alene den virksomhed, som faktisk kan udøve den bestemmende indflydelse til at styre virksomhedens økonomiske og driftsmæssige beslutninger, der anses for at være modervirksomhed.

3. Dattervirksomhed:

En virksomhed, der er underlagt bestemmende indflydelse af en modervirksomhed.

4. Bestemmende indflydelse i forhold til en dattervirksomhed:

Bestemmende indflydelse er beføjelsen til at styre en dattervirksomheds økonomiske og driftsmæssige beslutninger.

Bestemmende indflydelse i forhold til en dattervirksomhed foreligger, når modervirksomheden direkte eller indirekte gennem en dattervirksomhed ejer mere end halvdelen af stemmerettighederne i en virksomhed, medmindre det i særlige tilfælde klart kan påvises, at et sådant ejerforhold ikke udgør bestemmende indflydelse.

Ejer en modervirksomhed ikke mere end halvdelen af stemmerettighederne i en virksomhed, foreligger der bestemmende indflydelse, hvis modervirksomheden har

1) råderet over mere end halvdelen af stemmerettighederne i kraft af en aftale med andre investorer,

2) beføjelse til at styre de finansielle og driftsmæssige forhold i en virksomhed i henhold til en vedtægt eller aftale,

3) beføjelse til at udpege eller afsætte flertallet af medlemmerne i det øverste ledelsesorgan og dette organ besidder den bestemmende indflydelse på virksomheden, eller har

4) råderet over det faktiske flertal af stemmerne på generalforsamlingen eller i et tilsvarende organ og derved besidder den faktiske bestemmende indflydelse over virksomheden.

Eksistensen og virkningen af potentielle stemmerettigheder, herunder tegningsretter og købsoptioner af kapitalandele, som aktuelt kan udnyttes eller konverteres, skal tages i betragtning ved vurderingen af, om en virksomhed har beføjelse til at styre en anden virksomheds økonomiske og driftsmæssige beslutninger.

Ved opgørelsen af stemmerettigheder i en dattervirksomhed ses der bort fra stemmerettigheder, som knytter sig til kapitalandele, der besiddes af dattervirksomheden selv eller dens dattervirksomheder.

5. Associeret virksomhed:

En virksomhed, som ikke er en dattervirksomhed, men i hvilken en anden virksomhed og dennes dattervirksomheder udøver en betydelig indflydelse på virksomhedens driftsmæssige og finansielle ledelse. En virksomhed formodes at udøve betydelig indflydelse, hvis virksomheden og dens dattervirksomheder tilsammen besidder 20 pct. eller mere af stemmerettighederne.

6. Tilknyttet virksomhed:

En virksomheds dattervirksomhed, dens modervirksomhed og dennes dattervirksomhed.

### C. Årsrapportens elementer

1. Aktiver:

Ressourcer, som er under virksomhedens kontrol som et resultat af tidligere begivenheder, og hvorfra fremtidige økonomiske fordele forventes at tilflyde virksomheden.

2. Anlægsaktiver:

Aktiver, der er bestemt til vedvarende eje eller brug for virksomheden.

3. Omsætningsaktiver:

Aktiver, der ikke er anlægsaktiver.

4. Finansielle aktiver:

Aktiver i form af

1) likvider,
2) aftalt ret til at modtage likvider eller andre finansielle aktiver fra tredjemand,
3) aftalt ret til at udveksle finansielle aktiver eller forpligtelser med tredjemand på vilkår, der kan være gunstige, eller
4) ret over egenkapital i en anden virksomhed.

5. Forpligtelser:

Eksisterende pligter for virksomheden opstået som resultat af tidligere begivenheder, og hvis indfrielse forventes at medføre afståelse af fremtidige økonomiske fordele.

6. Finansielle forpligtelser:

Forpligtelser i form af

1) aftalt pligt til at afgive likvider eller andre finansielle aktiver til tredjemand eller
2) aftalt pligt til at udveksle finansielle aktiver eller forpligtelser med tredjemand på vilkår, der kan være ugunstige.

7. Hensatte forpligtelser:

Forpligtelser, der er uvisse med hensyn til størrelse eller forfaldstid, og som vedrører regnskabsåret eller tidligere regnskabsår.

8. Eventualaktiver:

Forhold, der eksisterer på balancedagen som resultat af tidligere begivenheder, og som kan medføre fremtidige økonomiske fordele, men hvor aktivernes eksistens først kan bekræftes af en eller flere usikre fremtidige begivenheder, som er uden for virksomhedens kontrol.

9. Eventualforpligtelser:

1) Forhold, der eksisterer på balancedagen som resultat af tidligere begivenheder, og som kan medføre afståelse af fremtidige økonomiske fordele, men hvor forpligtelsernes eksistens først kan bekræftes af en eller flere usikre fremtidige begivenheder, som er uden for virksomhedens kontrol, eller

2) forpligtelser, der eksisterer på balancedagen som resultat af tidligere begivenheder, men hvor det ikke er sandsynligt, at afviklingen vil medføre afståelse af fremtidige økonomiske fordele, eller

3) forpligtelser, hvis beløbsmæssige størrelse ikke kan måles med tilstrækkelig pålidelighed.

10. Indtægter:

Stigninger i økonomiske fordele i regnskabsperioden i form af tilgang eller værdistigning af aktiver eller fald i forpligtelser, som medfører stigninger i egenkapitalen. I indtægter indgår dog ikke indskud fra ejere.

11. Nettoomsætning:

Salgsværdien af produkter og tjenesteydelser m.v., der henhører under selskabets ordinære aktiviteter med fradrag af prisnedslag, merværdiafgift og anden skat, der er direkte forbundet med salgsbeløbet.

12. Omkostninger:

Fald i økonomiske fordele i regnskabsperioden i form af afgang eller værdiforringelse af aktiver eller stigning i forpligtelser, som medfører fald i egenkapitalen. I omkostninger indgår dog ikke udlodning eller uddelinger til ejere.

**D. Målegrundlag m.v.**

1. Amortiseret kostpris:

Amortiseret kostpris er den værdi, til hvilken et finansielt aktiv eller en finansiel forpligtelse blev målt ved første indregning med

1) fradrag af afdrag,

2) tillæg eller fradrag af den samlede afskrivning på forskellen mellem det oprindeligt indregnede beløb og det beløb, der forfalder ved udløb, og

3) fradrag af nedskrivninger.

2. Dagsværdien:

Dagsværdien er det beløb, hvormed et aktiv kan udveksles eller en forpligtelse kan udlignes ved transaktioner mellem af hinanden uafhængige parter.

3. Genanskaffelsesværdien:

For et aktiv er genanskaffelsesværdien den pris, der skal betales for at erhverve et tilsvarende aktiv på balancedagen.

4. Genindvindingsværdien:

For et aktiv er genindvindingsværdien den højeste værdi af kapitalværdien og salgsværdien fratrukket forventede omkostninger ved et salg.

5. Kapitalværdien:

For et aktiv er kapitalværdien den tilbagediskonterede værdi (nutidsværdien) af de fremtidige nettoindbetalinger, som aktivet på balancedagen forventes at indbringe ved fortsat benyttelse i den nuværende funktion. Kapitalværdien for en forpligtelse er den tilbagediskonterede værdi (nutidsværdien) af de fremtidige nettoudbetalinger, der skal ydes i forpligtelsens levetid.

6. Kostprisen:

For et aktiv er kostprisen det beløb, der er ydet som vederlag for aktivet, uanset dette er anskaffet fra en ekstern part eller internt fremstillet. Kostprisen for en forpligtelse er det beløb, der er modtaget som vederlag for forpligtelsen.

7. Nettorealisationsværdien:

For et aktiv er nettorealisationsværdien summen af de fremtidige nettoindbetalinger, som aktivet på balancedagen forventes at indbringe som led i normal drift. Nettorealisationsværdien for en forpligtelse er summen af de fremtidige nettoudbetalinger, der skal ydes i forpligtelsens levetid.

8. Produktionsmetoden:

Produktionsmetoden er en indtægtsmetode, ifølge hvilken indtægter og omkostninger indregnes i resultatopgørelsen i takt med, at arbejdet bliver udført. Når produktionsmetoden anvendes, måles det igangværende arbejde i balancen til den opgjorte salgsværdi af den udførte del af arbejdet.

Salgsværdien for et igangværende arbejde udgør den forholdsmæssige andel af den kontraktfastsatte pris henholdsvis kalkulerede salgspris, der er indtjent for den på balancedagen udførte andel af det samlede entreprisearbejde.

9. Salgsværdien:

For et aktiv er salgsværdien den pris, aktivet kan sælges til på balancedagen. Salgsværdien for en forpligtelse er den pris, der skal betales for at frigøre sig af forpligtelsen på balancedagen.